# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
LISA C. CARTIER GIROUX
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED CRIMINAL INDICTMENT |
| Plaintiff, | 2:15-cr-118 |
| vs. | VIOLATIONS:<br>18 U.S.C. §2252A(a)(2) – Receipt or Distribution of Child Pornography;<br>18 U.S.C. §2253 - Criminal Forfeiture |
| JAMES KARMAN RYAN, | |
| Defendant(s). | |

**THE GRAND JURY CHARGES THAT:**

Between on or about November 13, 2013, to on or about January 14, 2014, in the State and Federal District of Nevada and elsewhere,

**JAMES KARMAN RYAN,**

defendant herein, did knowingly receive and distribute child pornography and any material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

...

## FORFEITURE ALLEGATION ONE
*Receipt or Distribution Child Pornography*

1. The allegations contained in Count One of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

**JAMES KARMAN RYAN,**

defendant herein, shall forfeit to the United States of America any visual depiction described in Title 18, United States Code, Section 2252A(a)(2), or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A(a)(2):

  a. Dell Computer, Inspiron 531 SN G7654F1;
  b. Seagate 500GB SATA hard drive, ST3500418AS / SN 9VM0AHGG;
  c. Western Digital 500 GB external hard drive, WD5000C032-002 / SN WCAPW3463658;
  d. Seagate 2TB external hard drive, SN 2GHMKPHF;
  e. Simple Tech 1TB external hard drive, SN 09135191000603578;
  f. JVC camcorder, GZ-MG630RU / SN 173R1404;
  g. JVC camcorder, GR-D37CU / SN 148P4679;
  h. 4 USB thumb drives;
  i. 253 CD's & DVD's;
  j. 19 floppy diskettes;

1  k.   I-Phone MB702LL / SN 868382SG47H;

2  l.   I-Phone A1332 / SN SK1024E9A42;

3  m.   I-Phone A1303 / SN 88109Y6WLDG; and

4  n.   I-Phone A1303 / SN 82011CP33NP.

5  All pursuant to Title 18, United States Code, Sections 2252A(a)(2) and 2253(a)(1).

## FORFEITURE ALLEGATION TWO
*Receipt or Distribution Child Pornography*

1. The allegations contained in Count One of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

**JAMES KARMAN RYAN,**

defendant herein, shall forfeit to the United States of America any property, real or personal, used or intended to be used to commit or to promote the commission of a violation of Title 18, United States Code, Section 2252A(a)(2) or any property traceable to such property:

a.   Dell Computer, Inspiron 531 SN G7654F1;

b.   Seagate 500GB SATA hard drive, ST3500418AS / SN 9VM0AHGG;

c.   Western Digital 500 GB external hard drive, WD5000C032-002 / SN WCAPW3463658;

d.   Seagate 2TB external hard drive, SN 2GHMKPHF;

e.   Simple Tech 1TB external hard drive, SN 09135191000603578;

f.   JVC camcorder, GZ-MG630RU / SN 173R1404;

g.   JVC camcorder, GR-D37CU / SN 148P4679;

h.  4 USB thumb drives;

i.  253 CD's & DVD's;

j.  19 floppy diskettes;

k.  I-Phone MB702LL / SN 868382SG47H;

l.  I-Phone A1332 / SN SK1024E9A42;

m.  I-Phone A1303 / SN 88109Y6WLDG; and

n.  I-Phone A1303 / SN 82011CP33NP.

All pursuant to Title 18, United States Code, Sections 2252A(a)(2) and 2253(a)(3).

**DATED:** this 22nd day of April, 2015.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

LISA C. CARTIER GIROUX
Assistant United States Attorney

4