**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 001332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221
Attorney for Defendant
**JAMES RYAN**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**JAMES RYAN,**

    Defendant.

Case No.: 2:15-CR-00118-KJD-VCF

### ORDER ON DEFENDANT'S EMERGENCY MOTION TO CONTINUE BOP SURRENDER DATE

**IT IS HEREBY ORDERED** that Defendant Ryan's Emergency Motion to Continue BOP Surrender Date is granted.

**IT IS HEREBY ORDERED** that Defendant Ryan's surrender to BOP on **November 9, 2017 at noon.**

**DATED** this 16th day of October, 2017.

_____
**DISTRICT COURT JUDGE**

/s/ Thomas F. Pitaro .
**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Attorney for Defendant
**JAMES RYAN**